BURNS v. STONE

No. 308P98

Case below: 130 N.C.App. 340

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


CAROLINA BEVERAGE CORP. v. COCA-COLA BOTTLING CO.

No. 335P98

Case below: 130 N.C.App. 149

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 December 1998.


CAUDILL v. DELLINGER

No. 270A98

Case below: 129 N.C.App. 649

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rules 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 November 1998.